IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01105-WYD-CBS

PINNACLE DRILLING LLC,

    Plaintiff(s),

v.

LOUISIANA TRANSPORTATION, INC.,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice, filed by the parties on October 5, 2006 (docket #14).  In the stipulation, the parties state that the controversies between them have been settled and compromised. In consideration of the stipulation and the file in this matter, it is hereby

ORDERED that the claims and causes of action asserted in this matter are **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

Dated:  October 6, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge